# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JANET L. EVANS, ROBERT A. COPLIN, ANNETTE BARRY-SMITH, ROCHELLE JOYNER, RONALD SMITH, BONNIE L. FORD, NEIL SKELTON, and JUDITH A. SAMUEL, | ) ) ) ) ) | Hon. Garrett E. Brown, Jr. |
| Plaintiffs, | ) ) ) | Civil Action No. 06-3239 (GEB) |
| v. | ) ) | **ORDER** |
| PORT AUTHORITY OF NEW YORK and NEW JERSEY, its employees, agents and/or servants, | ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter having come before the Court on the motion for summary judgment (Doc. No. 64) filed by Defendant Port Authority of New York and New Jersey; and the Court having reviewed the parties' submissions and decided the motion without oral argument pursuant to Federal Rule of Civil Procedure 78; and for the reasons set forth in the accompanying Memorandum Opinion;

IT IS THIS 26th day of August, 2010,

ORDERED that Defendant's motion for summary judgment (Doc. No. 64) is GRANTED, such that JUDGMENT is ENTERED in favor of Defendant and against Plaintiffs.

The Clerk shall mark this matter CLOSED.

            S/Garrett E. Brown, Jr.

Garrett E. Brown, Jr., Chief Judge
United States District Court